UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20700-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL LOZANO,

    Defendant.
_____/

### RECEIVER'S MOTION TO APPROVE SALE OF PROPERTY

George Richards, Receiver, through the undersigned counsel, files this Motion to Approve a Sale of the real property which is the subject of this receivership pursuant to the Order Appointing Receiver, and in support thereof states as follows:

1. On October 9, 2013, this Court entered an Order Appointing George Richards of National Auction Company, Inc. as the Receiver (DE #84) over certain real property owned by Defendant, Manuel Lozano ("Lozano"). The Receiver was authorized and directed to sell the real property in order to satisfy the Defendant's outstanding restitution obligation to the United States totaling $1,851,000.00 (DE#73).

2. The property which is the subject of this receivership consists of a single family home more specifically described as follows:

    **Owner:**    **Manuel Lozano**
    **Folio No.**    **32-2021-014-0190**
    **Location:**    **9164 NW 146th Terrace, Miami Lakes, Florida**
    **Legal Description:**    Lot 19A, Block 8, of FLORIDA TROPICAL ESTATES SECTION 4, according to the Plat thereof, recorded in Plat Book 145, Page 22, of the Public Records of Miami-Dade County, Florida (the "Property").

3. On February 13, 2014, the Receiver entered into a Contract to sell the Property to Jenny Varela ("Buyer") for the initial purchase price of $390,000.00 (the "Varela Contract"). The

1

purchase price was subsequently reduced to $385,000.00 by an Amendment dated March 27, 2014 as a result of the appraisal that was performed on the Property as part of the Buyer's financing. A copy of the Contract and Amendment are attached hereto as **Exhibit "A"**.

4. Pursuant to the terms of the Varela Contract, the sale of the Property is subject to Court approval and any higher or better offers.

5. The Receiver believes the proposed purchase price of $385,000.00 is fair and reasonable for the sale of the Property under present market and property conditions and recommends the Court approve same. No higher or better offers have been received by the Receiver for the Property.

6. The proposed Buyer has agreed to purchase the Property subject to all defects and in as-is condition.

7. The Buyer's financing has been approved and the is prepared to close within 30 days after Court approval. All inspection periods under the Contract have expired and the Property is vacant.

8. The Property is encumbered by the following liens: (a) a first mortgage held and/or serviced by 1st Franklin Divison of National City Bank and/or Residential Credit Solutions, Inc., with an outstanding principal balance of approximately $290,000.00; and (b) a final judgment against the Defendant held by Enterprise Leasing Company. The judgment lien of Enterprise Leasing Company is subject to dispute by virtue of the fact that the subject property is the homestead of Defendant.

9. The Receiver does not dispute the mortgage and requests authorization to pay same from the proceeds of sale.

10. In addition to customary closing costs and prorations, the sales price will be reduced by the fees and costs incurred by and owed to the Receiver, which will be presented to the Court by separate motion in the event the sale is approved by the Court and the transaction closes.

11.     The Receiver requests entry of an Order approving the Varela Contract, establish closing procedures and authorize the Receiver to complete the sale and convey the Property to the buyer. A proposed Order Approving Sale is attached hereto as **Exhibit "B"** for the Court's review and consideration.

WHEREFORE, the Receiver respectfully requests this Honorable Court approve the proposed sale of the Property and grant such other and further relief as the Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8th, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By:   s/ Chapman Smith, Esq. (0002895)
E-Mail:csmith@csmithassoc.com
Fla. Bar No. 0002895
Chapman Smith & Associates, PLC
2699 Stirling Road, Suite A201
Fort Lauderdale, FL 33312
Telephone: 954.981.3249
Facsimile:  945.981.3259
Attorneys for Receiver

**SERVICE LIST**
United States v. Manuel Lozano
CASE NO. 12-20700-CR-LENARD
United States District Court, Southern District of Florida

Carlos Javier Raurell, Esq.
99 NE 4th Street
Miami, FL  33132
Attorney for United States of America
Email: carlos.raurell@usdoj.gov
CM/ECF

Joseph S. Beemsterboer, Esq.
US Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC  20530
Attorney for United States of America
Email: Joseph. Beemsterboer@usdoj.gov
CM/ECF

Nora Lozano (last known address)
9164 NW 146th Terrace
Miami Lakes, FL  33018
Via US Mail

Anthony Conrad Vitale, Esq.
The Health Law Offices of
Anthony C. Vitale, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL  33129
Attorney for Manuel Lozano
Email: avitale@vitalehealthlaw.com
CM/ECF

Robin Ellen Kaplan
Markus & Markus, PLLC
40 NW third Street, Penthouse One
Miami, FL 33128
Attorney for Manuel Lozano
rkaplan@markuslaw.com
CM/ECF