UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20700-CR-LENARD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MANUEL LOZANO,

     Defendant.

_____/

## NOTICE OF CLOSING ON RECEIVER'S SALE

PLEASE TAKE NOTICE that on May 30, 2014 the closing occurred on the Receiver's Sale of the real and personal property located at 9164 NW 146th Terrace, Miami Lakes, Miami-Dade County, Florida pursuant to the Order Approving Sale dated May 20, 2014 (DE#93) and said property was conveyed to Jenny Varela.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     Respectfully submitted,

     By:   s/ Chapman Smith, Esq. (0002895)
     E-Mail:csmith@csmithassoc.com
     Fla. Bar No. 0002895
     Chapman Smith & Associates, PLC
     2699 Stirling Road, Suite A201
     Fort Lauderdale, FL 33312
     Telephone: 954.981.3249
     Facsimile:  945.981.3259
     Attorneys for Receiver

**SERVICE LIST**
**United States v. Manuel Lozano**
**CASE NO. 12-20700-CR-LENARD**
**United States District Court, Southern District of Florida**

Carlos Javier Raurell, Esq.
99 NE 4th Street
Miami, FL  33132
Attorney for United States of America
Email: carlos.raurell@usdoj.gov
CM/ECF

Joseph S. Beemsterboer, Esq.
US Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC  20530
Attorney for United States of America
Email: Joseph.Beemsterboer@usdoj.gov
CM/ECF

Nora Lozano (last known address)
9164 NW 146th Terrace
Miami Lakes, FL  33018
Via US Mail

Anthony Conrad Vitale, Esq.
The Health Law Offices of
Anthony C. Vitale, P.A.
2333 Brickell Avenue, Suite A-1
Miami, FL  33129
Attorney for Manuel Lozano
Email: avitale@vitalehealthlaw.com
CM/ECF

Robin Ellen Kaplan
Markus & Markus, PLLC
40 NW third Street, Penthouse One
Miami, FL 33128
Attorney for Manuel Lozano
rkaplan@markuslaw.com
CM/ECF